UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)

Carolyn E. Williams

CIVIL ACTION NO. 07-0901-RBW

DEFENDANT(S) NAME(S)

Andre Fordham

AFFIDAVIT OF SERVICE

I, Carolyn E. Williams, hereby declare that on the 14 day of May, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to Andre Fordham. Attached hereto is the certified green card acknowledging service.

Carolyn E. Williams
8931 Town Center Circle
Unit 308
Upper Marlboro, MD 20774
(301) 499-2935

**RECEIVED**

JUN 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT