UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)

Carolyn E. Williams

CIVIL ACTION NO. 07-0901-RBW

DEFENDANT(S) NAME(S)

Stephen F. Durbin

AFFIDAVIT OF SERVICE

I, Carolyn E. Williams, hereby declare that on the 14 day of May, 2007, I mailed a copy

of the summons and complaint, certified mail return receipt requested to

Stephen F. Durbin.   Attached hereto is the certified green card acknowledging service.

Carolyn E. Williams
8931 Town Center Circle
Unit 308
Upper Marlboro, MD  20774
(301) 499-2935

**RECEIVED**

JUN 5   2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)

Carolyn E. Williams

CIVIL ACTION NO. 07-0901-RBW

DEFENDANT(S) NAME(S)

Alfredo Gonzalez,

### AFFIDAVIT OF SERVICE

I, Carolyn E. Williams, hereby declare that on the 14 day of May, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested to Mr. Samuel Bodman. Attached hereto is the certified green card acknowledging service.

Carolyn E. Williams
8931 Town Center Circle
Unit 308
Upper Marlboro, MD 20774
(301) 499-2935

**RECEIVED**

JUN 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
              CRYSTAL CITY STATION
                ARLINGTON, Virginia
                    222159998
                  5165430134 -0096
  05/15/2007     (703)413-9268    08:33:25 AM

                   Sales Receipt
  Product          Sale  Unit        Final
  Description      Qty   Price       Price

  WASHINGTON DC 20530                $4.60
  Zone-1 Priority Mail
  15.80 oz.
    Return Rcpt (Green Card)         $2.15
    Certified                        $2.65
    Label #:       70060810000003239393
                                    ========
    Issue PVI:                       $9.40

  WASHINGTON DC 20001                $4.60
  Zone-1 Priority Mail
  1 lb.   2.30 oz.
    Return Rcpt (Green Card)         $2.15
    Certified                        $2.65
    Label #:       70060810000003239416
                                    ========
    Issue PVI:                       $9.40

  WASHINGTON DC 20585                $4.60
  Zone-1 Priority Mail
  1 lb.   1.10 oz.
    Return Rcpt (Green Card)         $2.15
    Certified                        $2.65
    Label #:       70060810000003239386
                                    ========
    Issue PVI:                       $9.40

  WASHINGTON DC 20585                $4.60
  Zone-1 Priority Mail
  1 lb.   2.10 oz.
    Return Rcpt (Green Card)         $2.15
    Certified                        $2.65
    Label #:       70060810000003239409
                                    ========
    Issue PVI:                       $9.40

  WASHINGTON DC 20585                $4.60
  Zone-1 Priority Mail
  1 lb.   2.80 oz.
    Return Rcpt (Green Card)         $2.15
    Certified                        $2.65
    Label #:       70060810000003239423
                                    ========
    Issue PVI:                       $9.40

                                    ========
  Total:                            $47.00

  Paid by:
  Visa                              $47.00
    Account #:      XXXXXXXXXXXX
    Approval #:     183334
    Transaction #:  728
    23 903320182

  Order stamps at USPS.com/shop or call
  1-800-Stamp24.  Go to USPS.com/clicknship
  to print shipping labels with postage.
  For other information call 1-800-ASK-USPS.

  Bill#: 1000402284441
  Clerk: 06

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.

                  Customer Copy
```

*Attachment 1*
*07-0901-RBW*





