UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLAINTIFF(S) NAME(S)

Carolyn E. Williams

CIVIL ACTION NO. 07-0901-RBW

DEFENDANT(S) NAME(S)

Jeffrey A. Taylor

**RECEIVED**

JUN 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AFFIDAVIT OF SERVICE

I, Carolyn E. Williams, hereby declare that on the 14 day of May, 2007, I mailed a copy

[certified m]ail return receipt requested to

[c]ertified green card acknowledging service;

[May] 20, 2007.

Carolyn E. Williams
8931 Town Center Circle
Unit 308
Upper Marlboro, MD 20774
(301) 499-2935