UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN WILLIAMS, | ) |
|     8931 Town Center Circle | ) |
|     Unit 308 | ) |
|     Upper Marlboro, MD 20774 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07cv901 (RBW) |
| | ) |
| SAMUEL BODMAN, Secretary | ) |
|     U.S. Department of Energy | ) |
|     1000 Independence Ave., S.W. | ) |
|     Washington, D.C. 20585 | ) |
| | ) |
| STEPHEN F. DURBIN, | ) |
|     U.S. Department of Energy | ) |
|     Energy Information Admin. | ) |
|     1000 Independence Ave., S.W. | ) |
|     Washington, D.C. 20585 | ) |
| | ) |
|     and | ) |
| | ) |
| ANDRE FORDHAM | ) |
|     U.S. Department of Energy | ) |
|     1000 Independence Ave., S.W. | ) |
|     Washington, D.C. 20585 | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,


  /s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2007, the foregoing Notice of Appearance was sent, by first-class mail, postage pre-paid, to the Plaintiff, Carolyn Williams, 8931 Town Center Circle, Unit 308, Upper Marlboro, MD 20774.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney