UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN WILLIAMS, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 07cv901 (RBW) |
| SAMUEL BODMAN, Secretary U.S. Department of Energy, et al. | ) |
|        Defendants. | ) |

**DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF
TIME TO FILE ANSWER/RESPONSE TO COMPLAINT**

Defendants, Samuel Bodman, Secretary of the United States Department of Energy, Stephen F. Durbin and Andre Fordham respectfully request that this Court enlarge the time and additional thirty (30) days, up to and including August 20, 2007, for Defendants to file an Answer/Response to Plaintiff's Complaint. In support of this Motion, Defendants respectfully state as follows:

    1.     Plaintiff filed the present action on May 14, 2007.

    2.     Defendants Answer is currently due on Friday, July 20, 2007.

    3.     From the Complaint, it is unclear if the individual Defendants, Stephen F. Durbin and Andre Fordham, are being sued in this matter in their individual capacities.[1] Thus, an extension is necessary because the individual defendants, who were federal employees at the time the alleged violations took place, are seeking legal representation in their individual capacities

---

[1] By way of this motion for an extension of time, the defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including lack of personal service, lack of personal jurisdiction, improper party, or immunity from suit.

from the U.S. Department of Justice. The Justice Department has not yet completed the process for the federal defendants by which representation authority can be obtained for them. Because representation authority has not yet been obtained, undersigned counsel cannot undertake the responsibility of responding to plaintiff's Complaint on their behalf.

4. In addition, due to the number of allegations and the manner in which they are raised in the Complaint, as well as the fact that counsel for Defendants was out of the office during the week of July 16, 2007 on a personal matter, and was previously involved in other matters, including preparing dispositive and procedural motions in Conklin v. U.S. Bureau of Prisons, 07cv155 (RBW); a dispositive motion and Reply memorandum in Shea v. Rice, 02cv577 (JR); a Reply memorandum in Best v. United States, 07cv007 (PLF); procedural motions in Cross v. Samper, 04cv1253 (RMC); and extensive pretrial motions in Czekalski v. Peters, 02cv1403 (DAR), Defendants have been unable to prepare a response.

5. Pursuant to Local Civil Rule 7(m), counsel for the Defendants contacted Plaintiff, who is proceeding pro se, to discuss the above motion. Plaintiff stated that she consents to the requested enlargement.

6. Counsel for Defendants regrets that the current Motion for Enlargement of Time is being filed outside of this Court's four-day filing rule. However, counsel for Defendants attempted to contact Plaintiff during the week of July 9, 2007, to obtain her consent to the Motion, but Plaintiff and counsel were unable to make contact with each other until very recently. Thus, counsel for Defendants was unable to obtain Plaintiff's consent and file this motion within the Court's time limitations upon motions for enlargement of time.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that the Court enlarge the time for Defendants to respond to Plaintiff's Complaint an additional thirty (30) days, up to and including, August 20, 2007.

Respectfully submitted,

/s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 20, 2007, the foregoing Consent Motion for Enlargement of Time was sent, by first-class mail, postage pre-paid, to the Plaintiff, Carolyn Williams, 8931 Town Center Circle, Unit 308, Upper Marlboro, MD 20774.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAROLYN WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 07cv901 (RBW) |
| ) | |
| **SAMUEL BODMAN,** ) | |
| Secretary ) | |
| **U.S. Department of Energy, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

UPON CONSIDERATION of the Defendants' Consent Motion For Enlargement of Time, and the fact that Plaintiff consents to the Motion, it is this _____ day of July, 2007, hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendants' shall respond to Plaintiff's Amended Complaint by August 20, 2007.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE