UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN WILLIAMS, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 07cv901 (RBW) |
| SAMUEL BODMAN, Secretary U.S. Department of Energy, et al. | ) |
|       Defendants. | ) |

**DEFENDANTS' SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER/RESPONSE TO COMPLAINT**

Defendants, Samuel Bodman, Secretary of the United States Department of Energy, Stephen F. Durbin and Andre Fordham respectfully request that this Court enlarge the time an additional two weeks, up to and including September 4, 2007, for Defendants to respond to Plaintiff's Complaint. In support of this Motion, Defendants respectfully state as follows:

1. Plaintiff filed the present action on May 14, 2007.

2. Defendants' Answer is currently due on Monday, August 20, 2007.

3. An extension is necessary because U.S. Department of Justice has not yet completed the process by which representation authority can be obtained for the individual Defendants.[1]

4. In addition, counsel for Defendants is currently involved in an APA matter, Uzelmeier v. U.S. Dept. of Health and Human Services, 07cv753 (PLF) that has involved

---

[1] By way of this motion for an extension of time, the defendants submit that they have not waived any defense or defenses available to them under Fed. R. Civ. P. 12 or otherwise, including lack of personal service, lack of personal jurisdiction, improper party, or immunity from suit.

substantially more time and attention than was previously anticipated, and needs additional time to complete a response.

5. Pursuant to Local Civil Rule 7(m), counsel for the Defendants contacted Plaintiff, who is proceeding pro se, to discuss the above motion. Plaintiff stated that she consents to the requested enlargement.

6. Counsel for Defendants regrets that the current Motion for Enlargement of Time is being filed outside of this Court's four-day filing rule. However, counsel for Defendants has been awaiting a response from the Department of Justice, and sought Plaintiff's consent only when it became apparent that it would not arrive in time.

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that the Court enlarge the time for Defendants to respond to Plaintiff's Complaint an additional two weeks, up to and including, September 4, 2007.

Respectfully submitted,

 /s/ Jeffrey A. Taylor
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/ Rudolph Contreras
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. BAR # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.  20530
(202) 307-2843

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2007, the foregoing Consent Motion for Enlargement of Time was sent, by first-class mail, postage pre-paid, to the Plaintiff, Carolyn Williams, 8931 Town Center Circle, Unit 308, Upper Marlboro, MD 20774.

    /s/ Darrell C. Valdez
DARRELL C. VALDEZ
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN WILLIAMS, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. 07cv901 (RBW) |
| SAMUEL BODMAN, Secretary U.S. Department of Energy, et al. | ) |
|       Defendants. | ) |

## ORDER

UPON CONSIDERATION of the Defendants' Consent Motion For Enlargement of Time, and the fact that Plaintiff consents to the Motion, it is this _____ day of August, 2007, hereby

ORDERED, that the Motion for Enlargement is Granted, and it is further

ORDERED, that Defendants' shall respond to Plaintiff's Amended Complaint by September 4, 2007.

 

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE