UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

CAROLYN E. WILLIAMS,            )
   Plaintiff,                           )   Civil Action No 07ev901 (RBW)
      v.                                       )
                                                )
SAMUEL BODMAN,              )
   Secretary                          )
U.S. Department of Energy, et al.   )
   Defendants

**PLAINTIFFS CONSENT MOTION FOR AN ENLARGEMENT OF TIME
TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

**Introduction**

Plaintiff, respectfully request an enlargement of time to prepare her opposition to Defendant's Motion to Dismiss. Plaintiff requests an additional days, until October 19, 2007 to file her opposition. A proposed Order is attached.

**STATEMENT OF FACTS**

1. The Motion to Dismiss was filed on September 4, 2007.

2. Plaintiff received the notice to dismiss on September 7, 2007.

3. Response to the Motion to Dismiss is due in Court, September 19, 2007.

4. Plaintiff obtained a consent agreement for an enlargement of time of 30 days from Darryl Valdez, U. S. Attorney, at the Department of Justice, on September 17, 2007 by telephone.

**RECEIVED**

SEP 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## ARGUMENT

There is no prejudice to Defendant which consents to this Motion. Plaintiff is presently perusing this case pro sea and will seek legal council to proceed in this matter.

Respectfully Submitted,

*Carolyn E. Williams*
Carolyn E. Williams
8931 Town Center Circle
Unit 308 Upper Marlboro, MD  20774
301-499-2935

September 17, 2007

Certificate of Service
I hereby certify that a copy of the foregoing was mailed, first class mail, postage Prepaid this 18 day of September, 2007, to Darrell Valdez, Assistant United States Attorney, 555-4[th] Street N.W., Civil Division, Washington, DC 20530

Carolyn E. Williams

UNITED STATES DISTRICT
DISTRICT OF COLUMBIA

Carolyn Williams          :Civil No. 07ev901(RBW)
Plaintiff                 : Judge Reggie B. Walton
                          :

v.                        :
Samuel Bodman, Secretary  :
United States Department of Energy et al :
Defendants                :

ORDER

Upon consideration of the pleadings hereto, Defendant's consent duly noted, Plaintiff's Motion for Enlargement of time is hereby GRANTED. It is hereby ORDERED that Plaintiff shall file her opposition to Defendant's Motion to Dismiss on or before October 17, 2007.

_____
REGGIE B. WALTON

September   , 2007