**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| CAROLYN E. WILLIAMS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-901 (RBW) |
| | ) | |
| SAMUEL BODMAN, | ) | |
| Secretary for the | ) | |
| United States Department of Energy,  et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**ORDER**

Based on the pro se plaintiff's representation that the attorney for the defendants in this suit consents to the plaintiff's request for an enlargement of time of thirty (30) days in which to respond to the Defendants' Motion to Dismiss, it is

**ORDERED** that the Plaintiff's Consent Motion for an Enlargement of Time to File Opposition to Defendant's Motion to Dismiss is **GRANTED.**  It is further

**ORDERED** that the plaintiff file her opposition to the Defendants' Motion to Dismiss, if any she intends to file, no later than October 19, 2007.

**SO ORDERED** this 25th day of September, 2007.

REGGIE B. WALTON
United States District Judge