## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                                  )
CAROLYN E. WILLIAMS,                              )
                                                  )
                    Plaintiff                     )
                                                  )
         v.                                       )        Civil Action No. 07-901 (RBW)
                                                  )
SAMUEL BODMAN,                                    )
Secretary for the                                 )
United States Department of Energy, et al.        )
                                                  )
                    Defendants,                   )
                                                  )
_____)

## ORDER

Carolyn E. Williams, a former employee at the United States Department of Energy (the

"DOE") and the plaintiff in this civil suit, seeks compensatory damages and injunctive relief

against Samuel Bodman, the Secretary for the DOE, Stephen F. Durbin, the Director of the

Office of Resource Management, the Energy Information Administration, and Andre Fordham,

"formerly of the Office of Labor Relations, DOE," under the Civil Rights Act of 1964 as

amended in 1992, 42 U.S.C. § 2000e-16 (2001), based on the defendants' alleged

"discriminatory threat to [the plaintiff's] federal career because of her protected Equal

Employment Opportunity [] activity, denial of a promotion, [and] place[ment] on a Performance

Improvement Plan[] after being ordered out of her job for over six months and having her

building access terminated." Complaint at 1. On September 4, 2007, the defendants filed a

motion to dismiss the plaintiff's Complaint pursuant to Federal Rules of Civil Procedure

12(b)(1), 12(b)(6), and 12(f).  Defendants' Motion to Dismiss at 1.  The Court granted the

plaintiff leave to file her response to that motion on or before October 19, 2007.  That deadline

has passed, yet no opposition to the defendants' motion has been filed.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the District of Columbia Circuit

Court of Appeals held that district courts must provide notice to parties appearing pro se that

the failure of a party to respond to a dispositive motion such as a motion to dismiss under Rule

12 "may result in the district court granting the motion and dismissing the case."  Id. at 509.

Because the Court has not provided prior notice of this fact, it will give the plaintiff another

opportunity to respond to the defendants' motion before granting the motion by default.  If,

however, the plaintiff does not respond in a timely manner to this order by (1) filing an

opposition to the defendants' motion or (2) filing a request for a further extension of time in

which to respond to the defendants' motion, the Court may treat the defendants' motion as

conceded and dismiss this case with prejudice.

It is therefore

**ORDERED** that the plaintiff shall file her opposition, if any, to the Defendants' Motion

to Dismiss on or before November 21, 2007.

**SO ORDERED** this 22nd day of October, 2007.


REGGIE B. WALTON
United States District Judge