# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAROLYN E. WILLIAMS,     )     Civil Action No 07cv901 **(RBW)**
                        )
     Plaintiff,          )
v.                       )
                        )
SAMUEL BODMAN,      )
Secretary                )
U. S. Department of Energy, et al.)
                        )
     Defendants,       )
_____)

## PLAINTIFF'S MOTION FOR A COURT APPOINTED LAWYER TO PREPARE THE

## MOTION NOT TO DISMISS

COMES NOW THE PLAINTIFF, Carolyn E. Williams Pro-se, a former federal

employee, terminated from Federal Service, the issue is now before the Court, now

working as a non-permanent grantee position with limited means.   Plaintiff's attorney of

record Mr. Richard Semsker, Esq., was gravely ill, and unable to help Plaintiff.  Mr.

Semsker has since passed.   His office informed Plaintiff that the law firm could not help

Plaintiff.

Plaintiff has paid legal fees totaling $20,000. to date in these matters both

Administrative procedures and filing fees for Federal Court. Since being notified of

Plaintiffs counsel illness the Plaintiff has sought diligently other attorney representation

in these matters. All attorneys have required further attorney fees ranging from $5,000 to

15,000 that Plaintiff does not have due to committing prior funds in these matters and

the substantial reduction in income after termination and receiving grantee wages.

RECEIVED

OCT 1 9 2007

Plaintiff respectfully requests and Pleads to this Court that due to her economic status that the Court would appoint her an attorney "Pro-bono" in this civil action so that Plaintiff will be able to present a formidable defense to her claims. Plaintiff is submitting along with this motion, a motion for an Enlargement of Time to work with the Court appointed lawyer in her civil case, or time to find an attorney who will be willing to work on a contingency basis. Also, Plaintiff will submit a motion to dismiss this action Without Prejudice due to the fact that Plaintiff was recently advised by the Equal Employment Opportunity Commission, (EEOC) Office of Federal Operations, Administratively reversing a decision involving matters that directly relate to this action. The EEOC has remanded matters that are inextricably entwined with the matter currently before the Court, back to the U. S. Department of Energy to conduct an Equal Employment Opportunity investigation. Therefore the Plaintiff will request that since all the Administrative matters have not been exhausted that will have a barring on the current matters that Plaintiff's request for the dismissal without prejudice will allow her to exhaust all of her Administrative matters bringing the current matters back to the Court.

Respectfully Submitted,

Carolyn E. Williams, pro se
8931 Town Center Circle
Unit 308
Upper Marlboro, MD  20774
301-499-2935


cc: U. S. Department of Justice, Civil Rights Division, Mr. Darrell  Valdez, Esq.,

cc: Clerk of the Court

2

# FOR THE DISTRICT OF COLUMIA

CAROLYN E. WILLIAMS,     )
   Plaintiff,            )     Civil Action No 07cv901 (RBW)
       v.           )
                    )
SAMUEL BODMAN,      )
   Secretary          )
U.S. Department of Energy,   )
                    )
<u>Defendants</u>            )

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for an Enlargement of Time,

and the fact that the U. S. Attorney consents to the Motion, it is this _____ day

of October, 2007, hereby

ORDERED, that the Motion for an Enlargement is Granted, and it is further

ORDERED, that Plaintiff shall further respond to the U. S. Attorney's Motion to Dismiss

if need be by December 2, 2007.


                              _____
                              REGGIE B. WALTON
                              UNITED STATES DISTRICT JUDGE

## Certificate of Service

I certify that on 19 October 2007, I mailed copies of the two consent motions to the Agency attorney listed below, first-class mail, postage pre-paid to:

Mr. Darrell C. Valdez, Esq.
U. S. Department of Justice:
Address 950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530

Carolyn E. Williams, Pro-se
8931 Town Center Circle, Unit 308
Upper Marlboro, MD  20774
301-499-2935