AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

Plaintiff
*Carolyn E. Williams*
v.
*Samuel Bodman*
*Sercetary of Energy*
*et., al.*
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

*Civil Action*
CASE NUMBER: *07-901 (RBW)*

I, *Carolyn E. Williams* , declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☐ Yes      ☒ No      (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?      ☒ Yes      ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

      *See attachments*

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes      ☒ No
   b. Rent payments, interest or dividends              ☐ Yes      ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes      ☒ No
   d. Disability or workers compensation payments       ☐ Yes      ☒ No
   e. Gifts or inheritances                             ☐ Yes      ☒ No
   f. Any other sources                                 ☐ Yes      ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

*attachments*

4. Do you have **any** cash or checking or savings accounts?  ☑ Yes   ☐ No

   If "Yes," state the total amount. _900.00_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☑ Yes   ☐ No

   If "Yes," describe the property and state its value. _Dodge Intrepid (1997) Condominium - purchased July 31, 1999 - value $250,000.00_

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   _None_

I declare under penalty of perjury that the above information is true and correct.

_November 12, 2007_                   _Carolyn E. Williams_
Date                                  Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

NATIONAL OLDER WORKER CAREER CENTER, INC.
3811 NORTH FAIRFAX DRIVE
SUITE 900
ARLINGTON, VA 22203

703-558-4205

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  State:   1 Prince George's Cnty

Social Security Number: XXX-XX-0920

**Earnings Statement**  ADP

Period Beginning: 10/13/2007
Period Ending:    10/26/2007
Pay Date:         11/08/2007

00000000012

CAROLYN E. WILLIAMS
8931 TOWN CENTER CIR
#308
UPPER MARLBORO, MD 20774

07-901RBW

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 13.3100 | 68.00 | 905.08 | 20,294.67 |
| Sick | 13.3100 | 8.00 | 106.48 | 998.10 |
| Vacation | 13.3100 | 4.00 | 53.24 | 1,210.96 |
| **Gross Pay** | | | **$1,064.80** | 22,503.73 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Lv Bal | | 6.81 |
| Vacation Lv Bal | | 10.90 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -64.43 | 1,254.61 |
| | Social Security Tax | -66.02 | 1,395.23 |
| | Medicare Tax | -15.44 | 326.30 |
| | MD State Income Tax | -70.30 | 1,461.00 |
| | **Other** | | |
| | Checking | -848.61 | 18,066.59 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$1,064.80

© 1998, 2006. ADP, Inc. All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 1991 ADP, Inc

NATIONAL OLDER WORKER CAREER CENTER, INC.
3811 NORTH FAIRFAX DRIVE
SUITE 900
ARLINGTON, VA 22203

Advice number:  00000450013
Pay date:       11/08/2007

Deposited to the account of
CAROLYN E. WILLIAMS

| account number | transit ABA | amount |
|---|---|---|
| 003936628977 | 0520 0163 | $848.61 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

*attachment I*

**LIPPMAN, SEMSKER & SALB,** LLC
7700 Old Georgetown Road
Suite 500
Bethesda, Maryland 20814
(301) 656-6905

November 2, 2007

Carolyn Williams
8931 Town Center Circle
Unit 308
Largo, MD 20774


07-901-RBW

## Invoice for Attorney's Fees and Costs

Regarding: Williams v. Department of Energy
Invoice No: 106341

| | |
|---|---|
| Previous Balance | $31,754.68 |
| 9/05/2007  Payment   Check No. 2134 | $-40.00 |
| Total Payments and Credits | $-40.00 |
| Balance Due | $31,714.68 |

*attachment II*