## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMIA

CAROLYN E. WILLIAMS,   )
Plaintiff,              )        Civil Action No 07cv901 (**RBW**)
      v.          )
                 )
SAMUEL BODMAN,     )
  Secretary         )
U.S. Department of Energy, et. al.  )
                 )
Defendants          )

### PLAINTIFF'S MOTION TO WITHDRAW HER MOTION DATED 3 JANUARY 2008 AND STAY THE COURT ORDER DATED NOVEMBER 30, 2007

Plaintiff being a Pro-se litigant did not fully understand the Court's order dated 30 November 2007, and believed she was ordered by the Court to respond to the Defendant's Motion to Dismiss her case on or before 4 February 2008.

Therefore, Plaintiff submitted a Motion dated 3 January 2008 an error, requesting to withdraw her **Consent Motion for Dismissal Without Prejudice or an Enlargement of Time to Prepare with New Attorney** and further stating, that she would respond to Defendant's 'Motion to Dismiss' on or before February 4, 2008 in accordance with the Courts order dated 30 NOV 2007.

Plaintiff now prayerfully request this court allow her to WITHDRAW her motion Dated, 3 JAN 08 and pleads this Court to STAY its order dated 30 NOV 07 that grants Plaintiff's CONSENT Motion for dismissal without prejudice or an enlargement of time with a new attorney.

# RECEIVED

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

Carolyn E. Williams, Pro se
8931 Town Center Circle
Unit 308
Upper Marlboro, MD  20774
301-499-2935

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 4 February 2008, the foregoing Consent Motion for

Dismissal without Prejudice or an Enlargement of Time to Prepare with New Attorney is

STAYED.  Plaintiff did not understand the law and filed a motion to dismiss the

Consent Motion of 30 November 2007, in error.  Plaintiff pleaded the Court to have the

Motion of 30th day of November 2007 STAYED.

*Carolyn E. Williams*

Carolyn E. Williams, Pro se
8931 Town Center Circle
Unit 308
Upper Marlboro, MD  20774
301-499-2935

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMIA

CAROLYN E. WILLIAMS,     )
Plaintiff,                )      Civil Action No 07cv901 (**RBW**)
            v.         )
SAMUEL BODMAN,        )
  Secretary              )
U.S. Department of Energy, et. al.  )
                 )
Defendants            )

## ORDER

UPON CONSIDERATION of Plaintiff's Motion to Withdraw her motion dated January 3, 2008, requesting this court dismiss Plaintiffs Consent Motion to for Dismissal without Prejudice or an Enlargement of Time to Prepare with New Attorney, and Plaintiff further stating that she would respond to the Defendants "Motion to Dismiss", was in error. This Court grants the Plaintiffs request to Withdraw her Motion Dated, 3 JAN 08. The Courts Order dated, November, 30, 2007 is STAYED.

_____

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE